ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
  E-mail: caleb.marker@zimmreed.com
Flinn T. Milligan (SBN 323042)
  Email: flinn.milligan@zimmreed.com
Arielle Canepa (SBN 329546)
  Email: arielle.canepa@zimmreed.com
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Plaintiff Frederick Sims*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SIMS, an individual, on behalf of the general public,<br><br>            Plaintiff,<br><br>      v.<br><br>OPPORTUNITY FINANCIAL, LLC, a Delaware Company, d/b/a OPPLOANS, FINWISE BANK, a Utah Corporation, and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO.: 4:20-cv-04730-PJH<br><br>*Assigned to the Honorable Phyllis J. Hamilton*<br><br>**JOINT STIPULATION TO EXTEND PAGE LIMITS AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT \*\*AS MODIFIED BY THE COURT\*\***<br><br>Date Action Filed: May 11, 2020<br>Date Removed:       July 15, 2020<br>FAC Filed:               September 1, 2020<br><br>Courtroom:    3, 3rd Floor<br>Trial Date:    TBD |

Plaintiff Frederick Sims ("Plaintiff") and Defendant Opportunity Financial, LLC, and FinWise Bank ("Defendants") (collectively "the Parties"), by the through the undersigned respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 11, 2020, Plaintiff filed a complaint against Defendants in the Superior Court of California for the County of Alameda.

WHEREAS, on July 15, 2020, Defendants removed the case to this Court.

WHEREAS, on August 17, 2020, the Court approved the parties' stipulation to extend the page limit for Defendants' motion to dismiss from 25 to 35 pages.

WHEREAS, on August 19, 2020, Defendants filed a motion to dismiss Plaintiff's Complaint, the hearing of Defendants' motion currently scheduled for September 23, 2020.

WHEREAS, on September 1, 2020, Plaintiff filed an Amended Complaint ("FAC"), which mooted the pending motion to dismiss and added new claims for relief.

WHEREAS, Defendants intend to move to dismiss ("Motion") the FAC and notice a hearing pursuant to Local Rule 7-2(a) on or before October 7, 2020, pursuant to a stipulation of the parties.

WHEREAS, to promote judicial economy and avoid duplicative briefing, OppLoans and FinWise have agreed to file a single, consolidated Motion.

WHEREAS, Local Rule 7-3(a) requires Plaintiff to file an opposition to Defendants' Motion not more than 14 days after the filing of the Motion.

WHEREAS, Local Rule 7-3(c) requires Defendants' reply brief to be filed and served not more than 7 days after the opposition is due.

WHEREAS, given the breadth of the issues in the entitled action, complexity of the state and federal law at issue, and ongoing federal rulemaking, the Parties have agreed to extensions without objection and now agree that Plaintiff, as to his opposition to Defendant's Motion, and Defendants, as to their reply, shall, with the Court's approval, be allowed additional time to file each of their respective memoranda.

The parties agree that in light of the complex issues raised by the FAC and the fact that Defendants have agreed to forego separate briefs and instead file a consolidated brief, good cause exists to extend the existing page limits for the Motion.

NOW WHEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to approval of this Court, that:

- Defendants shall notice their anticipated Motion to Dismiss for hearing on January 6, 2021;
- Plaintiff shall file and serve his Opposition to Defendants Motion on or before November 18, 2020.
- Defendants' Reply in Support of their Motion shall be filed and served on or before December 16, 2020.
- The page limit for Defendants' memorandum of points and authorities in support of their motion to dismiss and Plaintiffs' opposition thereto shall be 40 pages. The page limit for Defendants' reply brief in support of their motion to dismiss shall be 30 pages. The court does not permit excessive foonotes and requires that any be in the same size font as body text.
- The initial case management conference in this action is continued to February 18, 2021.

**IT IS SO STIPULATED.**

ZIMMERMAN REED LLP

Date:  September 18, 2020            By:    /s/ Caleb Marker
                                            Caleb Marker
                                            Flinn Milligan
                                            Arielle Canepa
                                            *Attorney for Plaintiff Frederick Sims*

BUCKLEY LLP

Date: September 17, 2020             By:    /s James R. McGuire
                                            James R. McGuire
                                            Lauren L. Erker
                                            Michael A. Rome
                                            *Attorney for Defendant*
                                            *Opportunity Financial LLC*

HUDSON COOK

Date: September 17, 2020             By:    /s Mark Rooney
                                            Allen Denson
                                            Mark Rooney
                                            *Attorney for Defendant*
                                            *FinWise Bank*

JOINT STIPULATION TO EXTEND HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS FAC

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
5  Date: September 21, 2020                    /s/ Phyllis J. Hamilton
                                               The Honorable Phyllis J. Hamilton
6                                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the concurrence in the filing of this document has been obtained from all signatories above.

/s/ Caleb Marker
Caleb Marker