UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>OPPORTUNITY FINANCIAL, LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-04730-PJH<br><br>**JUDGMENT** |

    The issues having been duly heard and the court having granted defendants' joint motion to dismiss the complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 13, 2021

                                      /s/ Phyllis J. Hamilton
                                      PHYLLIS J. HAMILTON
                                      United States District Judge